Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED - GR**

July 23, 2026 12:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: AR / 7.23

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

CHRISTINA BARNARD
Personal Representative of The
Estate of The deceased
#945613 Jerome BARNARd

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sarah Schroder
Warden of MDOC

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

**2:26-cv-167**
**Sally Berens - Magistrate Judge**

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            CHRISTINA BARNARD
Street Address  4361 S M 37
City and County BALDWIN
State and Zip Code  MI    49304
Telephone Number   231.343.7086
E-mail Address  Christina.barnard34@gmail.com

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Sarah Schroder
Warden @ MDOC\Marquette Bran
1960 US-41
marquette
mi  49855
(906) 226-6531

Defendant No. 2

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 3

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 4

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

* 8th Amendent - cruel and unusual punishment
* failure to Protect
* wrongful death  *professional negligance/malpractic

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual  Jirome Barnard (mother of the deceased)

The plaintiff, *(name)* CHRISTINA Barnard , is a citizen of the

State of *(name)* Michigan .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* Sarah Schroder , is a citizen of

the State of *(name)* michigan . Or is a citizen of

*(foreign nation)* _____ .

Was the Warden at Marquette Branch Prison during the time of Jerome Barnard's death and is responsible for the operation and welfare of inmates in that Pri

2-B Nurses/ Jane Doe + John Doe -. were and are at all times Responsible for the taking of Medications prescribed to individuals in (MBP) by ~~policy~~ policy.

2-C Jerome Barnards officers that was on duty the night of his passing 7-20-24 - 7-21-24. In segregation these officers was supposed to due rounds every 30 minutes to check the welness of the inmates where Jerome passed.

= Each defendant is sued individualy and in his/her individual compacity. At all time in the compliant each defendent acted under the color of state law.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* MDOC Marquette Branch , is incorporated under

the laws of the State of *(name)* Michigan , and has its

principal place of business in the State of *(name)* Michigan .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

my son Jerome Barnard #945613 delt with inhuman treatment then lost his life. Asking for $ 333,333,333.33

# 945613
Jrome Barnard

### III.      Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On The date of 7.21.24. I recieved a phone call from Baldwin Police, that my son passed away, I was told they found him in his cell in segregation with a slight heart beat. After working on him for a while he passed. After Trying to Recieve evidence & policies from (MBP) with no Responce. I chose to file this civil suit.

### IV.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(A)

8th Amendant - Cruel & unusual Punishment
My son Jerome Barnard #945613 complained to me that he wasn't being given his showers, he was still in a paper gown, having seizees, + wasnt given his phone calls & the nueson nuive came to check

Page 4 of 5

IV-(B) to autopsy revealed 3x's the dosage of (citalopram/Escitalopram) (O-Desmethylven- faxine) (Venlafaxine) (Hydroxyzine). These meds was #945613 prescribed to Jirome Barnard By MDOC policy, they are to monitor doses that are given to the inmates. Because of the higher doses, the nurses failed to protect the inmate #945613.

IV-(C) Professional Neglagance/Malpractice

The nurses failed in their standard of care or practise by M civil Jury instructions 30.01. The higher doses found in Jiromes system that he took is in violation. #94563

IV-(D) Wrongful Death- Jirome Barnard #94563 died at Marquette Prision on 7.21.24. He didnt die from natural causes. The drugs was given to him.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     7·20·26

Signature of Plaintiff     CB

Printed Name of Plaintiff     Christina Barnard

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



UNITED STATES
POSTAL SERVICE

*Retail*

**P** US POSTAGE PAID

**$11.00**

Origin: 49304
07/21/26
2505400304-08

## PRIORITY MAIL®

0 Lb  15.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  07/24/26

SHIP
TO:

 110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

**C040**

### USPS TRACKING® #



9505 5121 2666 6202 5939 62



 PRIORITY
★ MAIL ★

 UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Christina Barnard
P.O. Box 7
Baldwin MI 49304

TO: Western District
of Michigan
399 Federal Bldg
110 Michigan ST NW
Grand Rapids MI
49503

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

T USPS.COM®
SUPPLIES ONLINE

VISIT US AT USPS
ORDER FREE SUPPLIES

PRESS FIRMLY TO SEAL



PLASTIC
BAG

how2recycle.in

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE